UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 05-565 (FSH) |
| v. | : | |
| ADEYEMI DABABATUNDE AKINYODE, | : | O R D E R |
| | : | |
| Defendant. | : | |
| | : | |

This matter having come before the Court on the Report and Recommendation of the
United States Magistrate Judge filed in this matter, which was submitted as a result of this Court
having referred this cause to the Magistrate Judge for the purpose of conducting a plea
proceeding under Fed. R. Crim. P. 11; and the defendant having consented to the Magistrate
Judge conducting the guilty plea proceeding; and the Court having reviewed the Report and
Recommendation, as well as the transcript of the proceedings on July 25, 2005; and there being
no objection to the Report and Recommendation timely filed pursuant to 28 U.S.C. 636(b); and
the Court finding the Report and Recommendation is neither clearly erroneous nor contrary to
law; and the Court hereby finding that the Report and Recommendation should be approved and
adopted and the defendant's guilty plea accepted,

IT IS ON THIS 18th day of August, 2005

ORDERED that the Report and Recommendation of the United States Magistrate Judge
is approved and adopted; and

IT IS FURTHER ORDERED that the defendant's guilty plea is accepted and a judgment
of guilt to the Information shall be entered.

 /s/ Faith S. Hochberg
UNITED STATES DISTRICT JUDGE